UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **Lindy Tidwell,** | ) Civil Action No.: 2:19-CV-164-BHH |
| **Plaintiff,** | ) |
| v. | ) |
| **Portfolio Recovery Associates, LLC,** | ) |
| **Defendant.** | ) |
| _____ | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Lindy Tidwell, and Defendant, Portfolio Recovery Associates, LLC, file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between Plaintiff and the Defendant to be determined by this Court. The Plaintiff hereby stipulates that all claims or causes of action against the Defendant which were, or could have been, the subject matter of this lawsuit are hereby dismissed with prejudice, with court costs and attorney fees to be paid by the party incurring same.

| | |
|---|---|
| */s/ Penny Hays Cauley* | */s/ Chad V. Echols* |
| Penny Hays Cauley, Fed. ID No. 10323 | Chad W. Echols, Fed. ID No. 9810 |
| HAYS CAULEY, P.C. | THE ECHOLS FIRM, LLC |
| 1303 W. Evans Street | P.O. Box 12645 |
| Florence, SC 29501 | Rock Hill, SC 29731 |
| Attorney for Plaintiff | Attorney for Defendants |